UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION
CHAPTER 13   PLAN

Debtor (s):                                             Case No. 12-

HERMAN RODERICK TAYLOR
CAROLYN JOYCE TAYLOR

Chapter 13 Plan

1. **MONTHLY PLAN PAYMENTS**: Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor to pay the Trustee for the period of 60 months. In the event the Trustee does not retain the full 10%, any portion not retained will be paid to unsecured creditors pro-rata under the plan:

A.   $1,175.00 for months 1 to 20;

B.   $1,601.00 for months 21 to 60 in order to pay the following creditors:

2. **ADMINISTRATIVE ATTORNEY FEE**: $3,800.00. Total paid $1,800.00.

Balance Due $2,000.00 payable through plan $381.00 monthly.

3. **PRIORITY CLAIMS**: [as defined in 11 U.S.C. Section 507]

Name of Creditor                                          Total Claim

NONE

**TRUSTEE FEES**: The Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

SECURED CLAIMS:

Pre-Confirmation Adequate Protection Payments: No later than 30 days after the date of the filing of this Plan or the Order for Relief, whichever is earlier, the Debtor shall make the following adequate protection payments to creditors pursuant to Subsection 1326(a)(1)(C). If the Debtor(s) makes such adequate protection payments on allowed claims to the Trustee pending confirmation of the Plan, the creditor shall have an administrative lien on such payment(s), subject to objection.

Name of Creditor   Collateral   Adequate Protection Payment in Plan

NONE

---

1. All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

(A) **Claims Secured by Real Property Which Debtor Intends to Retain/Mortgage Payments Paid Through the Plan:** Debtor(s) will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the Plan. These regular monthly mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the **post-petition mortgage payments** on the following mortgage claims:

| Name of Creditor | Collateral | Estimated Payment |
|---|---|---|
| **BANK OF AMERICA** | **HOMESTEAD** | $1,021.00 |

(B) **Claims Secured by Real Property Which Debtor(s) Intends to Retain/Arrearages Paid Through the Plan:** In addition to the provisions in Paragraph A above requiring all post-petition mortgage payments to be paid to the Trustee as part of the Plan, the Trustee shall pay the **pre-petition arrearages** on the following mortgage claims:

| Name of Creditor | Collateral | Arrearage |
|---|---|---|
| **BANK OF AMERICA** | **HOMESTEAD** | $15,736.00 |

(C) **Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification:** Pending the resolution of a mortgage modification request, the Debtor shall make the following adequate protection payments to the Trustee, calculated at 31% of the Debtor's gross monthly income. Absent further order of this Court, the automatic stay shall terminate effective 6 months after the filing of the Debtor's bankruptcy petition:

| Name of Creditor | Collateral | Payment Amt (at 31%) |
|---|---|---|

**NONE**

(D) **Claims Secured by Personal Property to Which Section 506 Valuation is NOT Applicable Secured Balances:** Upon confirmation of the Plan, the interest rate shown below or as modified will be binding unless a timely written objection to confirmation is filed and sustained by the Court. Payments distributed by the Trustee are subject to the availability of funds.

| Creditor | Collateral | Ad Prot Pmt | Sec Balance | Interest @____% |
|---|---|---|---|---|

**NONE**

(E) **Claims Secured by Personal Property to Which Section 506 Valuation is Applicable:**

| Creditor | Collateral | Ad Prot Pmt | in Plan Value | Interest |
|---|---|---|---|---|
| **BEST BUY** | **DRYER** | $15.02 | $500.00 | 5.25% |

(F) **Claims secured by Personal Property: Regular Adequate Protection Payments and any Arrearages Paid in Plan:**

**Name of Creditor     Collateral     Ad Prot Pmt in Plan    Arrearages**

NONE

(G) **Secured Claims/Lease Claims Paid Direct by the Debtor:** The following secured claims/lease claims are to be paid direct to the creditor or lessor by the Debtor outside the Plan. The automatic stay is terminated **in rem** as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate any codebtor stay or to abrogate the Debtor's state law contract rights. The Plan must provide for the assumption of lease claims in the Lease/Executory Contract section below.

| **Name of Creditor** | **Property/Collateral** |
|---|---|
| MIDFLORIDA SCHOOLS FCU | 2011 HYUNDAI SONATA |
| PUBLIX EMPLOYEES FCU | 1/2 INTEREST 175 SHARES OF STOCK |

(H) **Surrender of Collateral/Leased Property:** Debtor will surrender the following collateral/leased property no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan. The automatic stay is terminated **in rem** as to these creditors/lessors upon the filing of this Plan. Nothing herein is intended to lift any codebtor stay or abrogate Debtor's state law contract rights. The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.

**Name of Creditor            Property/Collateral to be Surrendered**

NONE

SECURED - LIENS TO BE AVOIDED/STRIPPED:

**Name of Creditor       Collateral         Estimated Amount**

NONE

LEASES/EXECUTORY CONTRACTS:

**Name of Creditor Property Assume/Reject-Surrender Estimated Arrears**

NONE

**UNSECURED CREDITORS:** Unsecured creditors with allowed claims shall receive a **pro rata** share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provisions of a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors is **$5,166.00**

**OTHER PROVISIONS:**

1. Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;

2. Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as may be allowed by a specific Order of the Bankruptcy Court;

3. Property of the Estate shall not vest in Debtors until the earlier of Debtors' discharge or dismissal of the case, unless the Court orders otherwise;

4. The amounts listed for claims in this Plan are based upon Debtors' best estimate and belief. The Trustee shall only make payment to creditors with filed and allowed proof of claims. An allowed proof of claim will be controlling, unless the Court orders otherwise.

5. Case Specific provisions: **SEE PLAN SUMMARY**

_7/23/12_  
**Date**

_7/23/12_  
**Date**

_/s/ Herman Roderick Taylor_  
**Herman Roderick Taylor**

_/s/ Carolyn Joyce Taylor_  
**Carolyn Joyce Taylor**

## PLAN SUMMARY

The following summary is intended to provide an estimate of anticipated distributions pursuant to this proposed Chapter 13 Plan. The actual distributions may vary based upon claims filed and net disposable income. Further, this Plan Summary is only to be used by the Debtor as guidance in making payments to the Chapter 13 Trustee. In the event this Plan Summary conflicts with the body of the Plan, the body of the Plan controls.

| | |
|---|---:|
| Priority: | $0.00 |
| Secured Creditors: | |
| 1.  Bank of America (arr+mo) | 74,476.00 |
| 2.  Best Buy (value) | 541.00 |
| Attorney's Fees: | 2,000.00 |
| Unsecured Creditors (Pro rata distribution) | 5,166.00 |
| Subtotal | $82,183.00 |
| Trustee's Fee (6.5%) | 5,342.00 |
| Total | $87,525.00 |

**Graduated Plan Payments:**

$1,175.00 X 20 mos = $23,500.00
$1,601.00 X 40 mos = $64,040.00

        For a Grand Total of     $87,540.00

Pre-Confirmation Payments:     $1,175.00

**THE DEBTORS REQUIRE A GRADUATED PLAN FOR THE REASON THAT THE HUSBAND'S 401K LOAN WILL BE PAID OFF IN APPROXIMATELY 20 MONTHS THEREBY INCREASING THE DEBTORS' NET DISPOSABLE INCOME BY $901.00 PER MONTH.**

**HOWEVER, THE DEBTOR HUSBAND'S INCENTIVE PAY OF $436.00 PER MONTH WILL CEASE BY THAT TIME & THE DEBTOR WIFE'S PARTIAL UNEMPLOYMENT COMP OF $263.00 PER MONTH WILL ALSO CEASE, THEREBY REDUCING THE INCOME BY APPROXIMATELY $699.00 PER MONTH.**